IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF LISA YANG, by Special Administrator, GUOYAO YANG, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Court No.: 16-CV-7082 Judge: |
| 3B SCIENTIFIC CORPORATION, | ) ) ) | Magistrate Judge: |
| Defendant, | ) | |

## COMPLAINT

### Count I - Survival

NOW COMES The Estate of Lisa Yang, by and through the Law Offices of Robert A. Montgomery and The Law Offices of Cohen & Malad, and complains of Defendant, 3B Scientific Corporation, states as follows:

### Nature of Action

1. This action is brought pursuant to the Laws of the United States Constitution, specifically 28 U.S.C. §1332.

### Jurisdiction and Venue

2. This Court has jurisdiction pursuant to 28 U.S.C. §1332 which provides as follows:

   (a) The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between

   (i) Citizens of different states; and
   (ii) Citizens of a State and citizens or subjects of a foreign state.

1

3. At all relevant times, Lisa Yang was a citizen of the State of Virginia.

4. The Defendant, 3B Scientific Corporation, is a corporation that sells and distributes drugs to the general public with its principal place of business located in the State of Illinois in this Judicial District at 1840 Industrial Drive, Suite 160, Libertyville, Illinois 60048.

5. That on and about January 24, 2015, the Defendant solicited and marketed the sale of sodium Pentobarbital to Lisa Yang.

6. That on and about January 25, 2015, Lisa Yang purchased through the internet sodium Pentobarbital from the Defendant.

7. On January 27, 2015 Lisa Yang instructed the Defendant to cancel the purchase and delivery of the sodium Pentobarbital.

8. The Defendant failed to cancel the sale and delivery of sodium Pentobarbital to Lisa Yang.

9. On February 11, 2015, fourteen days after attempting to cancel the purchase and delivery of the Defendant's sodium Pentobarbital the drug was delivered to Lisa Yang.

10. At all relevant times, the Defendant knew or should have known that Lisa Yang was abnormally susceptible to the adverse side effects and dangers of sodium Pentobarbital.

11. At all relevant times, the Defendant knew or should have known that it was reasonably foreseeable for Lisa Yang to injure herself because of her pre-existing mental or emotional status if she ingested the sodium Pentobarbital.

12. At all times herein mentioned, it was the duty of the Defendant not to negligently sell, dispense and deliver psychotropic drugs including sodium Pentobarbital.

13. That notwithstanding its duty to exercise reasonable care in the sale, dispensing and delivering of psychotropic drugs including sodium Pentobarbital to Lisa Yang, the Defendant was then and there guilty of one or more of the following negligent and careless acts or omissions:

(a) Failed to warn Lisa Yang of the possible dangers and side effects of ingesting sodium Pentobarbital;
(b) Sold and delivered a drug to Lisa Yang knowing that she was susceptible to the side effects of sodium Pentobarbital;
(c) Sold and delivered sodium Pentobarbital to Lisa Yang knowing or should have known that her pre-existing mental condition made the drug contra indicated for her;
(d) Dispensing sodium Pentobarbital without any physician oversight;
(e) Dispensing sodium Pentobarbital without a doctor's prescription;
(f) Sold sodium Pentobarbital with inadequate package instructions;
(g) Failed to have and implement policies and procedures to prevent the sale of psychotropic drugs including sodium Pentobarbital to individuals with abnormal susceptibility to the side effects of the drug;
(h) Failed to have and implement policies and procedures for its consumers to cancel the purchase and distribution of the psychotropic drugs including sodium Pentobarbital to individuals with abnormal susceptibility to the side effects of the drug.

14. That as a direct and proximate result of the negligent and careless misconduct of the Defendant, on or about February 23, 2015 Lisa Yang ingested the sodium pentobarbital sold to her by the Defendant which caused Lisa Yang to suffer pain, physical disabilities and emotional suffering up until the moment of her death on March 3, 2015.

15. Lisa Yang died on March 3, 2015 due to the toxic effects of the Pentobarbital sold to her by the Defendant.

WHEREFORE, the Plaintiff demands judgment against the Defendant, 3B Scientific Corporation, in an amount that is in excess of Seventy-Five ($75,000.00) Dollars plus costs.

Plaintiff further demands trial by jury.

## COUNT II – WRONGFUL DEATH

NOW COMES the Plaintiff, The Estate of Lisa Yang, by Guoyao Yang, as Special Administrator, and, pursuant to the Illinois Wrongful Death Act, 740 ILCS 180-1, *et seq.* complains of Defendant, 3B Scientific Corporation, as follows:

1 – 15. The Plaintiff repeats and re-alleges paragraphs 1 through 15 of Count I of this Complaint as paragraphs 1 – 15 of Count II of this Complaint.

16. That by reason of the premises, and as a direct and proximate result of the negligent and careless misconduct of the Defendant, Lisa Yang was then and there suffered painful injuries ultimately resulting in her wrongful death on March 3, 2015. Her estate became liable for sums of money for medical care and hospital care and attention in endeavoring to be cured of the injuries caused by said occurrence.

17. Guoyao Yang, as Special Administrator of The Estate of Lisa Yang brings this action pursuant to the Illinois Wrongful Death Act, 740 ILCS 180-1, *et seq.*

18. Plaintiff, Guoyao Yang, in capacity as Special Administrator of The Estate of Lisa Yang deceased, brings this cause of action to recover for the wrongful death of Lisa Yang which includes loss of society, service, love affection and companionship sustained

4

by the next-of-kin as a result of The Estate of Lisa Yang's death, funeral expenses, costs of the administration and attorney fees.

19. That The Estate of Lisa Yang's heirs and next-of-kin suffered pecuniary losses and loss of society, support, compassion, affection and companionship as a result of the wrongful death of The Estate of Lisa Yang.

WHEREFORE, the Plaintiff demands judgment against the Defendant, 3B Scientific Corporation, in an amount that is in excess of Seventy-Five ($75,000.00) Dollars plus costs.

Plaintiff further demands trial by jury.

Respectfully submitted,

s/Robert A. Montgomery
Robert A. Montgomery
Attorney for Plaintiff

Robert A. Montgomery
Attorney at Law
30 North LaSalle Street, Suite 2950
Chicago, Illinois 60602
T: (312) 236-7700
F: (312) 346-6549
E-Mail: rm@rmontlaw.com
Attorney No.: 1946129

Daniel S. Chamberlain
Cohen and Malad LLP
One Indiana Square
Suite 1400
Indianapolis, In 46205
T: (317) 636-6481
F: (317) 636-2593
E-Mail: dchamberlain@cohenandmalad.com